## Frank Brogni, Appellant, v. Chicago Title and Trust Company, Trustee, et al., Appellees.

### Gen. No. 41,710.

Heard in third division, first district, this court at April term, 1941; opinion filed January 7, 1942. Henry W. Kenoe, for appellant; Harold L. Reeve and A. Edmund Peterson, for certain appellee; A. Edmund Peterson, of counsel. Opinion by JUSTICE HEBEL. "Not to be published in full."